# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Coalition for Good Governance, et al.    vs.   Secretary of State, et al.     Appeal No. 25-11347-R

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

PLEASE SEE ATTACHED EXHIBIT A

Submitted by:
Signature: [signature]
Name: Bruce P. Brown     Prisoner # (if applicable): _____
Address: Bruce P. Brown Law LLC, 1123 Zonolite Road, Suite 6, Atlanta GA 30306
Telephone #: (404) 386-6856

Rev.: 2/23

# EXHIBIT A TO CERTIFICATE OF INTERESTED PERSONS SUBMITTED BY APPELLANTS

APPEAL NO: 25-11347-B

Coalition for Good Governance, et al. v. Secretary of State, et al.

Begakis, Steven C.
Boulee, J. P., Judge
Brown, Bruce Perrin
Bruce P. Brown Law LLC
Carver, William Bradley
Clark Hill PLC
Coalition for Good Governance
Consvoy McCarthy PLLC
Dufort, Jeanne
Friedman, Bradley
Georgia Advancing Progress Political Action Committee
Georgia Republican Party, Inc.
Ghazal, Sara Tindall
Giacoma Roberts & Daughdrill LLC
Graham, Ryan
Green, Tyler R.
Hall Booth Smith P.C.
Hall, John E.
Ichter Davis LLC
Ichter, Cary
Jackson County Democratic Committee
Johnston, Janice
Kemp, Brian
Lang, Antwan
Lindsey, Edward
Martin, Rhonda
Mashburn, Matthew
McNichols, Judy
Nakamura, Aileen

National Republican Congressional Committee
National Republican Senatorial Committee
Norris, Cameron T.
Pullar, Patricia
Raffensperger, Brad
Republican National Committee
Roberts, Shea
Shirley, Adam
Taylor English Duma LLC
Thomas-Clark, Ernestine
Throop, Elizabeth
Tyson, Bryan P.
White, W. Dowdy