No. 25-11347-GG

In the

# United States Court of Appeals
## for the Eleventh Circuit

---

Coalition for Good Governance, *et al*.,
*Plaintiff-Appellants*,

v.

Secretary of State of Georgia, *et al*.,
*Defendant-Appellees*.

---

On Appeal from the United States District Court for the
Northern District of Georgia, Atlanta Division.
No. 1:21-CV-02070-JPB — J. P. Boulee, *Judge*

---

## APPELLEES' CERTIFICATE OF INTERESTED PERSONS

---

Bryan P. Tyson
  *Special Asst. Atty. General*
Bryan F. Jacoutot
Diane F. LaRoss
Clark Hill PLC
3630 Peachtree Rd. NE
Suite 550
Atlanta, GA 30326
678-370-4377
btyson@clarkhill.com

Christopher M. Carr
  *Attorney General of Georgia*
Stephen J. Petrany
  *Solicitor General*
Office of the Georgia
  Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
404-458-3408
spetrany@law.ga.gov

*Counsel for Defendant-Appellees*

No. 25-11347-GG
*Coalition for Good Governance v. Sec. of State of Ga.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby certify that the Certificate of Interested Persons filed by Plaintiff-Appellants in this appeal is correct and complete with the exception of the following additional persons and entities to be added:

1. Bartolomucci, H. Christopher, Counsel for Defendant-Appellees

2. Clyde, Thomas MacIver, Counsel for Amicus Georgia First Amendment Foundation

3. Dasgupta, Riddhi, Former Counsel for Defendant-Appellees

4. Dickey, Gilbert, Counsel for Defendant-Intervenors

5. Drennon, Baxter, Counsel for Defendant-Intervenors

6. Duffey, Jr., William S., Former Defendant

7. Evans, James C., Counsel for Defendant-Intervenors

8. Field, Brian, Counsel for Defendant-Appellees

9. Georgia First Amendment Foundation, Amicus

10. Hall, John E., Counsel for Defendant-Intervenors

No. 25-11347-GG
*Coalition for Good Governance v. Sec. of State of Ga.*

11.    Hecht, Gregory, Former Counsel for Plaintiff-
       Appellants

12.    Hecht Walker PC, Former Counsel for Plaintiff-
       Appellants

13.    Hetzel, Jeffrey, Counsel for Defendant-Intervenors

14.    Jacoutot, Bryan F., Counsel for Defendant-Appellees

15.    Kaufman, Alex, Counsel for Defendant-Intervenors

16.    Kucharz, Kevin, Counsel for Defendant-Intervenors

17.    Le, Anh, Former Defendant

18.    McCarthy, Thomas, Counsel for Defendant-Intervenor

19.    McGowan, Charlene, Former Counsel for Defendant-
       Appellees

20.    Paradise, Loree Anne, Former Counsel for Defendant-
       Appellees

21.    Schaerr, Gene, Counsel for Defendant-Appellees

22.    Schaerr Jaffe LLP, Counsel for Defendant-Appellees

23.    Sullivan, Rebecca, Former Defendant

24.    Vaughan, Elizabeth, Former Counsel for Defendant-
       Appellees

25.    Weigel, Daniel, Former Counsel for Defendant-
       Appellees

No. 25-11347-GG
*Coalition for Good Governance v. Sec. of State of Ga.*

26.     Worley, David, Former Defendant


/s/ *Bryan P. Tyson*
Bryan P. Tyson

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I served this certificate by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.


*/s/ Bryan P. Tyson*
Bryan P. Tyson